B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

NORTHERN District Of GEORGIA

In re  HARRIS, EDWARD T.    Case No.  1573498 PMB

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | NELNET/ AMERICAN STUDENT ASSISTANCE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  ECMC
  P.O. Box 16408
  St. Paul, MN 55116-0408

Court Claim # (if known): 2
Amount of Claim: $16,631.23
Date Claim Filed: 12/18/2015

Phone: 651-221-0566
Last Four Digits of Acct #: 1877

Phone: 800-333-9080
Last Four Digits of Acct #: 1877

Name and Address where transferee payments should be sent (if different from above):
  ECMC
  Lockbox #8682
  P.O. Box 16478
  St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 1877

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maika Thao                   Date: 08/23/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**AMERICAN STUDENT ASSISTANCE**
Money knowledge for college–and beyond.

asa.org    800.999.9080    100 Cambridge Street, Suite 1600
Boston, MA 02114

January 28, 2016

Yolanda Jones
Educational Credit Management Corporation
1 Imation Place
Building 2
Oakdale, MN 55128

## ASSIGNMENT OF CLAIM

The Massachusetts Higher Education Corporation d/b/a American Student Assistance (ASA) hereby assigns to the Educational Credit Management Corporation (ECMC), for valuable consideration, the receipt of which is hereby acknowledged, its rights, title, and interest in those student loans listed in the enclosure to this letter, dated January 28, 2016.

The Massachusetts Higher Education Corporation d/b/a American Student Assistance hereby waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

*Keith A. Coburn*
Keith A. Coburn
Bankruptcy Specialist
1-800-999-9080, Ext. 3046

Enclosure: